## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

Crystal Hope Hutchins,        )
                              )
          Plaintiff,          )        CASE NO. 3:25-cv-00190-ARS
                              )
                              )        **STIPULATION OF**
     v.                       )        **DISMISSAL WITH**
                              )        **PREJUDICE OF EQUIFAX**
                              )        **INFORMATION SERVICES<**
Equifax Information Services, LLC,   )  **LLC.**
                              )
          Defendant.          )
                              )
                              )
                              )
                              )

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties hereto, by their respective attorneys, that the above-entitled action by Plaintiff against Defendant may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

Dated: October 27, 2025          **MINNDAK LAW, PLLC**

                                 /s/Catrina Smith
                                 Catrina Smith (#09895)
                                 625 Main Ave, Suite 152
                                 Moorhead, MN 56560
                                 701.840.6993
                                 csmith@minndaklaw.com
                                 ATTORNEY FOR PLAINTIFF

                                 /s/ Jeremy Thompson
                                 Jeremy J. Thompson
                                 The Law Office of Jeremy J. Thompson PLLC

1

00231-Hutchins

5200 Willson Road, Suite 150
Edina, MN 55424
(952) 952-1883 (ph),
jeremy@jthompson.law
Attorney for Defendant

2